# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-20745
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 31, 2016

Lyle W. Cayce
Clerk

EDWARD PAUL CELESTINE, JR.,

      Plaintiff - Appellant

v.

CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL
SECURITY; JOHN CHASTAIN, United States Department of Justice Civil
Federal Tort Claims Act,

      Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CV-2150

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given in full by that court. Whether the Plaintiff seeks a recovery under the Federal Tort Claims Act it would fail because if not filed with a federal agency as required, or whether the Plaintiff seeks social benefits denied to him because

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-20745

no appeal was taken within 60 days. There is no jurisdiction for any further claim by this Plaintiff. 42 U.S.C. § 405(h).

AFFIRMED.